ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID JONES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-090 |
| | ) | |
| SHIRLEY HOLLOWAY, Unit Manager, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's federal equal protection and due process claims are **DISMISSED** for failure to state a claim upon which relief may be granted. Furthermore, Plaintiff's claims for injunctive relief are **DISMISSED** as moot, and Plaintiff's official capacity claims for monetary damages are **DISMISSED** because they are barred by the Eleventh Amendment. As explained by the Magistrate Judge, it is unnecessary to address the merits of Plaintiff's purported state law claims at this time.

SO ORDERED this 16th day of May, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE